UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT A. GOODEN, | ) |
| Petitioner, | ) ) |
| | ) No. 3:19-cv-00814 |
| v. | ) Judge Trauger |
| | ) |
| STATE OF TENNESSEE, | ) |
| Respondent. | ) ) |

## ORDER

Scott A. Gooden, an inmate of the Rutherford County Jail in Murfreesboro, Tennessee, filed a "motion/petition" challenging the "legality of being held in the Rutherford Co. Jail in Murfreesboro for over 13 months without trial." (Doc. No. 1 at 1).

By order entered on October 1, 2019, the court notified the petitioner that this case could not proceed until he took further action. (Doc. No. 3). The court directed the petitioner to submit to the court a properly completed application to proceed in forma pauperis or the $5.00 civil filing fee within 28 days of receiving the court's order. (Id.)

The court advised the petitioner that failure to comply with the court's order could result in the dismissal of his case. (Id.) The court further advised the petitioner that he could request an extension of time to comply with the court's order if such motion was filed within 28 days of date of entry of the court's order. (Id.)

To date, the petitioner has not complied with the court's order. An action is subject to dismissal for want of prosecution where the pro se litigant fails to comply with the court's orders or engages in a clear pattern of delay. *Gibbons v. Asset Acceptance Corp.*, No. 1:05CV467, 2006 WL 3452521, at *1 (S.D. Ohio Nov. 29, 2006); *see also Pilgrim v. Littlefield*, 92 F.3d 413, 416

(6th Cir. 1996). District courts have the inherent power to sua sponte dismiss an action for want of prosecution "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash Railroad*, 370 U.S. 626, 630-31 (1962). Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE** for failure to comply with the order of the court and for want of prosecution.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge